

**RED EXPRESS DELIVERY SERVICES, INC**
(http://redexpressinc.com/)

1207 MARYLAND AVENUE
COVINGTON, KY 41011-3511
Phone: 859-431-5000 Fax: 859-431-8318

24 HOUR SERVICE

Log in                                                                                           Quick Quote    Contact

About Us

Delivery Vehicles

Expedited Delivery

FAQ

Frozen Or Chilled Delivery

Shipping Protection

Welcome To Red Express Delivery

RecentPosts

Frozen Or Chilled Delivery

Expedited Delivery

Courier Services

Good Delivery Services Qualities

Local Delivery Service

Same Day Delivery

Quick Delivery Services

Twitter

Follow Red Express Delivery on Twitter! (http://twitter.com/RedExpressKY)

## Quick Delivery Services
By Administrator

11. June 2011 10:00

G+1  0      Like  0      Tweet



## Quick Delivery Services

Red Express Delivery has over 20 years of experience in the **quick delivery services** business. Through our growth process, we have seen what it takes to be a successful **package delivery** courier business, while also maintaining our roots of valuing customer service and on-time **quick delivery services**. We deliver anything from small envelopes to large manufactured items. So, for prompt pickup and **package delivery**, contact our courier service today!

## Package Delivery

Red Express **Package Delivery** is an immediate courier service that offers 24 hour delivery service with a live staff ready to assist in your shipping needs. Package and delivery services are needed at all hours of the day. Whether you have an urgent parcel that needs to arrive to a local destination quickly, or you need to service clients or markets in different time zones across not just the United States of America, but also Canada, our **quick delivery services** and **package delivery** committment can ensure that your packages arrive on time and to the required destination.

## Quick Delivery Services

We value our customers and understand that *quick delivery services* are a must in today's society. When you call, you always talk to a live person, as to get your **package delivery** handled correctly and without fail. With honesty and our highly competitive rates, we are tough to beat for a speedy delivery service. No matter what time of year it is, our courier rates are competitive and fair. Call or stop by today to begin your **speedy delivery service** and to experience our customer friendly **24 hour delivery service**.

On top of our pledge to customer service and 24 hour assistance, we also differentiate ourselves by not having an additional fuel surcharge. Fuel prices continue to go up and companies tend to take it out on the customers by supplementing their higher costs with higher prices or hidden fuel charges. Here at Red Express, we understand value and commitment to the customer, and that includes transparency in our pricing and not adding on additional charges based on changing variables. Our prices are competitive because we intend to compete and win your business over with our care and commitment to fair prices, which includes **no fuel surcharges**.

With our quality customer service and our honest and competitive prices that excludes fuel surcharges, we have two more benefits to offer you, because you're the customer and you deserve it. Unlike other **package delivery**couriers, we do not charge for immediate shipping. Whether you need it shipped tomorrow or you need it shipped tonight with our **quick delivery services**, you'll pay the same competitive prices. Also be sure to ask us about our corporate account discounts, that offers discounts for invoices paid within 30 days.



EXHIBIT
A

# Red Express Delivery Service



"When Other Couriers Can't Get Your Package Delivered on Time, Do You See Red? If So, Then Call Red. We'll Get It There on Time, with No Excuses."

Like  0

G+1  0

Tags:

Permalink (http://home/post.aspx?id=c3b491e5-59ac-4f6a-81e5-27e971b903ed)   | Comments (0)

## Related posts

Welcome to Red Express Delivery
  Welcome to Red Express Delivery! Contact us or get a quick quote online for expedited, same day, or ...

Good Delivery Services Qualities
  A good delivery service service should be quick, reliable, and reasonable. Red Express checks out fo...

Delivery Vehicles
  Red Express has delivery cars,vans,climate control vans,box trucks,and flat bed trucks to handle any...

Copyright 2007 Red Express Delivery Services Inc. Designed and Developed by webFEAT, Inc. Privacy Policy
Red Express Delivery Service
1207 Maryland Avenue Covington, KY 41011 United States
Fax 859-431-8318 Phone 859-431-5000 Box Truck Line 859-431-6969 Toll Free Number 800-524-5688
Powered by   webFEAT (http://www.webfeat.net)




(http://redexpressinc.com/)

1207 MARYLAND AVENUE
COVINGTON, KY 41011-3511
Phone: 859-431-5000 Fax: 859-431-8318

Log in

Quick Quote      Contact

About Us

Delivery Vehicles

Expedited Delivery

FAQ

Frozen Or Chilled Delivery

Shipping Protection

Welcome To Red Express Delivery



## Shipping Protection

Each and every driver has been equipped with the necessities of delivering.

Each company van has been equipped with the necessary shipping protection equipment (shipping blankets, adjustable straps, etc.) for the safety and protection of shipments being transported. Two-wheelers and pallet jacks are available for easier movement of larger shipments and/or multiple boxes shipped at one time.

Ladder racks have been added to many of our vans to transport extended length items less than 400 lbs., which would normally need a Box Truck. This enables the customer to take advantage of our van pricing.

Our box trucks are dock high and many of them have been equipped with sleepers, stabilizer legs, and etracks. We also offer straight trucks with liftgates. This enables Red Express to service customers who are not equipped with a dock at their shipping facility.

Our flat bed trucks are available with tarps, chains, and straps

Communication is the key to our success. We have an immediate two way radio communication system that enables us to reach our drivers immediately within the 275 area. Our drivers also carry cell phones for emergency situations if they are out of the area. All you have to do is to tell our customer service representatives the specifics of your shipment and our team will go to work. Your cargo is just as important to us as it is to you; that is why we care about shipping protection.

RecentPosts

Frozen Or Chilled Delivery

Expedited Delivery

Courier Services

Good Delivery Services

Qualities

Local Delivery Service

Same Day Delivery

Quick Delivery Services

Twitter

Follow Red Express Delivery on Twitter!
(http://twitter.com/RedExpressKY)

Copyright 2007 Red Express Delivery Services Inc. Designed and Developed by webFEAT, Inc. Privacy Policy
Red Express Delivery Service
1207 Maryland Avenue Covington, KY 41011 United States
Fax 859-431-8318 Phone 859-431-5000 Box Truck Line 859-431-6969 Toll Free Number 800-524-5688
Powered by    webFEAT (http://www.webfeat.net)


(http://redexpressinc.com/)

1207 MARYLAND AVENUE
COVINGTON, KY 41011-3511
Phone: 859-431-5000 Fax: 859-431-8318



Log in                                                Quick Quote    Contact

**About Us**

**Delivery Vehicles**

**Expedited Delivery**

**FAQ**

**Frozen Or Chilled Delivery**

**Shipping Protection**

**Welcome To Red Express Delivery**



## Frequently Asked Questions about our shipping procedures and services

**Q:** How far can I ship something? Can I ship something to the other end of the United States?

**A:** Yes, you can. We can ship packages and do bulk deliveries to anywhere in the US and Canada.

**Q:** How can I ensure that my package(s) will be safe along the way?

**A:** We use a number of protective coverings to ensure that your packages will not be harmed while in transit. We use shipping blankets and adjustable straps when traveling. Our box trucks are dock high and many of them have been equipped with sleepers, stabilizer legs, and e-tracks. Our flat bed trucks are available with tarps, chains, and straps.

**RecentPosts**

**Frozen Or Chilled Delivery**

**Expedited Delivery**

**Courier Services**

**Good Delivery Services Qualities**

**Local Delivery Service**

**Same Day Delivery**

**Quick Delivery Services**

**Q:** Do you offer shipping insurance?

**A:** We offer standard shipping insurance with every delivery. If there is some reason you need extra coverage, we also offer custom insurance coverage.

**Q:** How much will it cost to ship something?

**A:** Please use this pricing chart:

- Delivery cars and small pickups: $13.20
- Full vans and mini vans: $35.00
- Freezer vans: $85.00
- Box trucks: $125.00
- Flat bed trucks: $150.00
- For deliveries over 50 miles, please call our office to get a quote. We are happy to service you!

**Q:** Do you offer expedited delivery?

**A:** Yes. We can get your package there as fast as our trucks and cars can carry them there. For example, if we can feasibly drive to a location from Covington, KY to its destination in 24 hours, we'll be able to get it there within that period. We will always let you know the estimated time of delivery before we start driving.

**Q:** Do you do price matching?

**A:** We often do. We will match or beat reasonable prices from competitors, just ask us!

**Twitter**

Follow Red Express Delivery on Twitter!
(http://twitter.com/RedExpressKY)

**Q:** Do you have limits on the weight you can carry?

**A:** We do have a limit. Please call our office at 859-431-5000 to get an estimate on limits.

---

Copyright 2007 Red Express Delivery Services Inc. Designed and Developed by webFEAT, Inc. Privacy Policy
Red Express Delivery Service
1207 Maryland Avenue Covington, KY 41011 United States
Fax 859-431-8318 Phone 859-431-5000 Box Truck Line 859-431-6969 Toll Free Number 800-524-5688
Powered by   webFEAT (http://www.webfeat.net)



# RED EXPRESS DELIVERY SERVICES, INC

(http://redexpressinc.com/)

1207 MARYLAND AVENUE
COVINGTON, KY 41011-3511
Phone: 859-431-5000 Fax: 859-431-8318

**24 HOUR SERVICE**

Log in　　　　Quick Quote　　Contact

- About Us
- Delivery Vehicles
- Expedited Delivery
- FAQ
- Frozen Or Chilled Delivery
- Shipping Protection
- Welcome To Red Express Delivery

**RecentPosts**

- Frozen Or Chilled Delivery
- Expedited Delivery
- Courier Services
- Good Delivery Services Qualities
- Local Delivery Service
- Same Day Delivery
- Quick Delivery Services

**Twitter**

Follow Red Express Delivery on Twitter! (http://twitter.com/RedExpressKY)

## Expedited Delivery

Each and every one of our delivery drivers has been equipped with the necessities of delivering your package or load on time. All of our courier services are immediate, meaning that if it's possible to drive your load or package to its destination within one day, we'll do it! We even offer same-day delivery to major metropolitan areas. You bet that we can deliver your package all the way to Chicago in the same day!

**Shipping Insurance and Shipping Protection**

Each company van, truck and car has been equipped with the necessary protective shipping equipment as well, which includes protective shipping blankets, adjustable straps, and etc. We provide shipping insurance with every shipment. In the case that your needs call for greater insurance limits, we can create a custom shipping insurance plan on an at-need basis.

All of the cargo being shipped by us is insured.

**Frequently Asked Questions**

**Q:** Do you accept bulk same-day deliveries?

**A:** Of course. Even if you're shipping in bulk, we've got you covered. As long as the delivery is drive-able within one day, we'll get it there within one day.

**Q:** What do same-day deliveries cost?

**A:** For local deliveries, we price by delivery vehicle (http://www.redexpressinc.com/page/Delivery-Vehicles.aspx), not by shipping weight. Please call our office at 859-431-5000 for rates on deliveries that are 50+ miles from our location.

**Q:** What shipping equipment do you use when moving the shipments?

**A:** We have two-wheelers and pallet jacks available for easier movement of larger shipments and/or multiple boxes shipped at one time. Our box trucks are dock high and many of them have been equipped with sleepers, stabilizer legs, and etracks. We also offer straight trucks with liftgates. This enables Red Express to service customers who are not equipped with a dock at their shipping facility. Our flat bed trucks are available with tarps, chains, and straps.

**Q:** Are there any hidden fees?

**A:** Not at all. We will charge you the same amount you were quoted for; we do not believe in hidden fees. We're also extremely competitive in pricing, and we have the ability to "price match."

Interested in being quoted for a delivery? For Cincinnati and Northern Kentucky courier services, please call our office at 859-431-5000 for the main courier services hotline, or 859-491-6969 for inquiries on straight truck, box truck, or flat bed truck services.

---

Copyright 2007 Red Express Delivery Services Inc. Designed and Developed by webFEAT, Inc. Privacy Policy
Red Express Delivery Service
1207 Maryland Avenue Covington, KY 41011 United States
Fax 859-431-8318 Phone 859-431-5000 Box Truck Line 859-431-6969 Toll Free Number 800-524-5688
Powered by　webFEAT (http://www.webfeat.net)


**RED EXPRESS DELIVERY SERVICES, INC**
(http://redexpressinc.com/)


1207 MARYLAND AVENUE
COVINGTON, KY 41011-3511
Phone: 859-431-5000 Fax: 859-431-8318
**24 HOUR SERVICE**

Log in                                                                                   Quick Quote    Contact

About Us

Delivery Vehicles

Expedited Delivery

FAQ

Frozen Or Chilled Delivery

Shipping Protection

Welcome To Red Express Delivery

**RecentPosts**

Frozen Or Chilled Delivery

Expedited Delivery

Courier Services

Good Delivery Services Qualities

Local Delivery Service

Same Day Delivery

Quick Delivery Services

**Twitter**

Follow Red Express Delivery on Twitter!
(http://twitter.com/RedExpressKY)



## Delivery Vehicles

For out of town runs (50 miles or more), please call our offices at 859-431-5000 for courier services, or 859-491-6969 for Straight Truck, Box Truck, or Flat Bed Truck services.

Below are our minimum costs for our 5 different vehicles:

- Delivery cars and small pickups: $13.20
- Full vans and mini vans: $35.00
- Freezer vans: $85.00
- Box trucks: $125.00
- Flat bed trucks: $150.00

## Delivery Car



Above are two of our Volkswagen Delivery Cars to deliver small packages, small motors and just about anything that will fit inside (under 600 pounds).

Each delivery car is equipped with Diesel Engines which are much more reliable and get great fuel mileage. We can often go 750 miles to a location outside of the Greater Cincinnati area and have your delivery in the hands of the recipient in less time than it would take on an airplane! Also, with an airplane, your valuable items are handled many more times, increasing the risk of damage or loss.

## Delivery Van





This is our Mini Delivery Van (Or Transits). They get 25 miles to the gallon and can carry a 1,500 pound payload! Your cargo can be 6 feet long, 4 feet wide and 4 feet high.

Mini Delivery Vans are priced the same as the full sized delivery van.

These are our full size delivery vans. Our delivery vans have diesel engines for those long hauls. They have up to a 12 foot long bed and can haul up to 4,000 pounds. The width of the load can be 4 feet wide by 4 feet tall.

 

These are views of our freezer delivery vans.

They are equipped with a generator as shown in the bottom left picture, so that in the event of a breakdown we can keep your load frozen for up to 24 hours until we can get to a garage where it can be plugged in.

We can keep your frozen product at the precise temperature you want, down to zero degrees Fahrenheit. You can count on us for frozen food delivery.

## Delivery Truck



This is an example of our Flat Bed Delivery Truck with a securely strapped load. Note that it has a sleeper for those extra long hauls. Our flat bed delivery trucks are 24 feet long. Please note that we use only brand new tires and NEVER use retreads. We care about your delivery and do everything we can to provide a smooth and safe ride.



These are views of our Box delivery trucks.

Note that they also have sleepers for those long hauls. They are equipped with load bars and straps to secure your load as shown in the bottom left picture.

To the right is one of our drivers securely strapping down a load.

"When Other Couriers Can't Get Your Package Delivered on Time, Do You See Red? If So, Then Call Red. We'll Get It There on Time, with No Excuses."

Copyright 2007 Red Express Delivery Services Inc. Designed and Developed by webFEAT, Inc. Privacy Policy
Red Express Delivery Service
1207 Maryland Avenue Covington, KY 41011 United States
Fax 859-431-8318 Phone 859-431-5000 Box Truck Line 859-431-6969 Toll Free Number 800-524-5688
Powered by   webFEAT (http://www.webfeat.net)





(http://redexpressinc.com/)

Log in

Quick Quote    Contact

**About Us**

**Delivery Vehicles**

**Expedited Delivery**

**FAQ**

**Frozen Or Chilled Delivery**

**Shipping Protection**

**Welcome To Red Express Delivery**

**RecentPosts**

**Frozen Or Chilled Delivery**

**Expedited Delivery**

**Courier Services**

**Good Delivery Services Qualities**

**Local Delivery Service**

**Same Day Delivery**

**Quick Delivery Services**

**Twitter**

Follow Red Express Delivery on Twitter! (http://twitter.com/RedExpressKY)

## Cheapest Shipping Method

Red Express Delivery has been in the shipping business for over 20 years. During this time we have turned the business into a specialized skill. By always putting the customer first, we implemented a 24 hour delivery service (http://redexpressdelivery.com/default.aspx) so that no matter what time of day it may be, you always have a live person on our end ready to help, and ready to get your package on its way to its destination.

**Cheapest Shipping Method**

No matter what time of year or what day it is, our delivery rates are meant to provide you with the cheapest shipping method. Whether it is Christmas, Valentine's Day, Mother's Day, a birthday, or just June 27th, we always offer the same rates each and every day. On top of that, unlike other delivery couriers, we do not add on an additional fuel surcharge to our rates, giving you another way to have the cheapest shipping method.

**Important Things to Know**

- All of our vehicles travel to anywhere in the United States and Canada!

- We constantly service our own vehicles, and breakdowns are far and few between.

- We use only brand new tires and DO NOT use retreads.

- Our drivers are professionally trained and encouraged to use G.P.S. as a means to locate you and your customer quickly.

- Our drivers are friendly and courteous and are required to wear uniforms. They are regularly checked for tidiness and a professional appearance.

- Our ratio in making a mistake is less than 1 in 10,000 deliveries!

- For long distance hauling (over 50 miles) please call our office to get a quote.

- We do have weight limits, so please ask us when you ship and we will give you a figure on free weight.

- We have NO HIDDEN CHARGES! (We do charge waiting time when it is necessary)

- We will equal or beat any reasonable price from a competitor... Just Ask!

- WE DO NOT CHARGE A FUEL SUR-CHARGE!

**Cheapest Shipping Method**

For Example:

Our competitor gives you a price of $1,000, the same price of $1,000 you recieved from Red Express.

They charge you a MINIMUM fuel charge of 10%, making their price actually $1,100. NOTE: They often do not tell you this up front.

Our price is still $1,000

We DO NOT charge a fuel sur-charge!

Then, we give you AT LEAST a 10% discount if your invoice is paid in 30 days!

**Final Price**

Our Competitor: **$1,100**

Our Price: **$900 (or less!)**

**Red Express** prides ourselves on offering the cheapest shipping method in not just the Greater Cincinnati region, but across the United States and Canada. Be sure to check out our delivery vehicles (http://redexpressinc.com/delivery-van-delivery-truck-delivery-car.aspx) to find the right vehicle for your shipping needs.

Here at Red Express Delivery we have the most committed sales team and employees in the business to offer the cheapest shipping method for our customers. We understand that shipping and receiving products or other shipments on time and in a reliable manner is of the highest level of importance. With your satisfaction being our passion, we take extra steps to keep you on time and satisfied.

Many companies talk about reaching out to customers to provide excellent customer services, but we actually put those ideas into practice. Our team is willing to visit you on site to help in the process, answer any questions, or aid you with any step of the process to keep things running smoothly and offering the *cheapest shipping method*. And of course, we have our lines open 24 hours to assist in any questions or concerns as well.

We are willing and we are ready to compete for your business because we know how to get the job done right and leave you feeling satisfied about the process.

Copyright 2007 Red Express Delivery Services Inc. Designed and Developed by webFEAT, Inc. Privacy Policy
Red Express Delivery Service
1207 Maryland Avenue Covington, KY 41011 United States
Fax 859-431-8318  Phone 859-431-5000  Box Truck Line 859-431-6969  Toll Free Number 800-524-5688
Powered by    webFEAT (http://www.webfeat.net)