

EXHIBIT
B
PENGAD 800-631-6989